

## Krovatin Klingeman LLC
ATTORNEYS AT LAW

60 PARK PLACE, SUITE 1100, NEWARK, NJ 07102  973-424-9777  WWW.KROVATIN.COM

GERALD KROVATIN
HENRY E. KLINGEMAN**
HELEN A. NAU*
ANNA G. COMINSKY*

ALSO ADMITTED IN HI AND PA**
ALSO ADMITTED IN NY*

April 25, 2012

**VIA ELECTRONIC FILING**

Honorable Stanley R. Chesler, U.S.D.J.
United States District Court
Frank R. Lautenberg United States
 Post Office & Court House Building
P.O. Box 999, Room 417
Newark, New Jersey 07101-0999

Re: **United States v. Dennis J. Oury, et al.
Criminal No. 08-616 (SRC)**

Dear Judge Chesler:

I write to respectfully request that Your Honor adjourn the sentencing date in this matter, which currently is scheduled for April 30, 2012, for approximately 30 days. This adjournment will enable us to continue and hopefully conclude our discussions with the U.S. Attorney's Office about this matter.

I have communicated with Assistant U.S. Attorney Rachael A. Honig and the Government consents to this request.

Respectfully,

/s/Gerald Krovatin
gkrovatin@krovatin.com

cc: Theresa Trivino, Deputy Clerk
Donald L. Martenz, Jr., U.S.P.O.
Rachael A. Honig, AUSA
Dennis J. Oury, Esq.